IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE D. H.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV 22-7532-WLH (AGR)<br><br>**ORDER ACCEPTING AMENDED FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, records on file, the Amended Report and Recommendation of the United States Magistrate Judge and the objections. Further, the Court has engaged in a *de novo* review of those portions of the Amended Report and Recommendation to which objections have been made.[1] The Court accepts the findings and recommendation of the Magistrate Judge.

---

[1] Petitioner submits only a partial objection, contending that it was error to conclude "[Petitioner] was not disabled during the earlier period of disability alleged, between October 4, 2009[,] and June 13, 2011." (Objections, Docket No. (continued…)

**IT IS ORDERED** that Judgment be entered reversing the decision of the Commissioner remanding the matter for consideration based on a limitation to sedentary work for the period beginning June 14, 2011.

DATED: 7/30/2025

                                        HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE

---

24 at 2). Petitioner argues that the "Agency's final decision cannot be upheld based on *post-hoc* arguments by counsel for the Commissioner." (Objections, Docket No. 24 at 3). No *post-hoc* argument has occurred. Rather, the Court, which is required to review the record as a whole, including treatment notes from the years of 2009-11, must determine whether "substantial evidence" – meaning "more than a mere scintilla," *Biestek v. Berryhill*, 587 U.S. 97, 103 (2019) – supports the ALJ's findings. The Court, after reviewing the record as a whole, concludes that, while substantial evidence supports the ALJ's conclusion that Petitioner was not disabled from October 4, 2009, through June 13, 2011, that there was *not* substantial evidence to support this finding with respect to the time period beginning on June 14, 2011.