JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE D. H., | NO. CV 22-7532-WLH (AGR) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff, the decision of the Commissioner is reversed, and this action is remanded to the Commissioner for consideration based on a limitation to sedentary work for the period beginning June 14, 2011.

DATED: 7/30/2025

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1